[No. 60306-0-I.   Division One.   September 22, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS TAYLOR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-00429-7, Theresa B. Doyle, J., entered May 21, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60333-7-I.   Division One.   September 22, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. FORREST ROY GREEN, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 07-1-00322-6, Charles R. Snyder, J., entered June 7, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60337-0-I.   Division One.   September 22, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. CEDRIC MARVIN JACKSON, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-06151-5, Gregory P. Canova, J., entered June 22, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60417-1-I.   Division One.   September 22, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. STANLEY FRAZIER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-09279-8, Michael S. Spearman, J., entered July 27, 2007. *Affirmed in part* and *remanded* by unpublished opinion per Schindler, C.J., concurred in by Grosse and Dwyer, JJ.